# Third District Court of Appeal

## State of Florida

Opinion filed February 24, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2376
Lower Tribunal No. 15-7630
_____

## Christopher Thomas Difilippi, et al.,
Appellants,

vs.

## PNC Bank, National Association,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

Kenzie N. Sadlak, P.A., and Kenzie N. Sadlak, for appellants.

McGlinchey Stafford, PLLC, and William L. Grimsley (Jacksonville) and Peter J. Maskow (Fort Lauderdale), for appellee.

Before EMAS C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.